UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   Tamara S. Lofgren                              Case No.   **09-35785-KRH**
         Debtor(s)                                       Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **9/22/2010** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    Tamara S. Lofgren    Case No.  **09-35785-KRH**
    Debtor(s)    Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:    Richard J. Oulton, Esq.
    The Debt Law Group, PLLC
    2800 N. Parham Rd, Ste 100
    Henrico, VA 23294
    Attorney for the Debtor(s)

:    Chapter 13 Trustee:    Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011    /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

Amex
Po Box 297871
Fort Lauderdale, FL 33329


Bac Home Lns Lp/Ctrywd
450 American St
Simi Valley, CA 93065


Bank Of America
Po Box 25118
Tampa, FL 33622-5118


Barclays Bank Delaware
125 S West St
Wilmington, DE 19801


Bb&T
Po Box 1847
Wilson, NC 27894


BCC Financial Management Serv.
PO Box 47248
Oak Park, MI 48237


Chase
Po Box 15298
Wilmington, DE 19850


Chase-Pier
Po Box 15298
Wilmington, DE 19850


Comcast
PO Box 3005
Southeastern, PA 19398-3005


Commonwealth Primary Care
8002 Discovery Drive
Suite 410
Richmond, VA 23229


County of Henrico, Virginia
Dept. of Finance
PO Box 90775
Richmond, VA 23273-0775

Credit Adjustment Bo
306 East Grace Street
Richmond, VA 23219


Credit Adjustment Board, Inc
306 East Grace Street
Richmond, VA 23219


Dominion Virginia Power
PO Box 26666
Richmond, VA 23261-6666


Drs Niamtu, Alexander, Keeney,
11545 A Nuckols Road
Glen Allen, VA 23059


F. Anderson Wade, D.D.S.
3500 Kensington Avenue
Richmond, VA 23221-2144


Fredericksburg Cr Bur
10506 Wakeman Dr
Fredericksburg, VA 22407


Genesis Medical Center, Daven
PO Box 70
Davenport, IA 52805-0070


Henrico Doctors Hospital
PO Box 13620
Richmond, VA 23225


Hsbc Auto
6602 Convoy Ct
San Diego, CA 92111


JC Christensen & Assoc, Inc
PO Box 519
Sauk Rapids, MN 56379


Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

```
Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Nationwide Credit, Inc
3010 Corporate Way
Miramar, FL 33025-6547


NTelos
PO Box 580423
Charlotte, NC 28258-0423


Radiology Assoc of Richmond
2602 Buford Road
Richmond, VA 23235


Radiology Group PC SC
1970 E 53rd Street
Davenport, IA 52807-2710


Sheltering Arms
Business Office SAPRAS
8254 Atlee Road
Mechanicsville, VA 23116


Sheltering Arms Physical Rehab
PO Box 848915
Boston, MA 02284-8915


Springfield Medical Center, PC
3970 Springfield Road
Glen Allen, VA 23060


Sprint Customer Service
PO Box 8077
London, KY 40742


The CBE Group Inc
131 Tower Park Dr.
Suite 100
Waterloo, IA 50701


Trinity Medical Center
PO Box 9391
Des Moines, IA 50306-9391
```

United Consumers, Inc.
PO Box 4466
Woodbridge, VA 22194-4466


VCU Health System
PO Box 758997
Baltimore, MD 21275-8997


Vericrest
Po Box 24610
Oklahoma City, OK 73124


Virginia Credit Union
PO Box 90010
Richmond, VA 23225-9010


VIRGINIA EMER & OCCUP. Phy
PO Box 247
Midlothian, VA 23113


Wach/Rec
Po Box 3117
Winston Salem, NC 27102


Wfnnb/Spiegel
995 W 122nd Ave
Westminster, CO 80234


Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218


Zales/Cbsd
Po Box 9714
Gray, TN 37615